IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LISA HYNES,
    Plaintiff,

vs.                              Case No.: 3:07cv245/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 10, 2008 (Doc. 35). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Attorney Fees/Expenses (Doc. 27) is granted to the following extent:

> Plaintiff's counsel, Stephanie A. Taylor, Esquire, is entitled to recover fees in the amount of $5,564.10 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 ("EAJA"); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount. Costs in the amount of $222.58 and $350.00 are also awarded to counsel, but the $350.00 cost award, which represents the filing fee, is to be paid from the Judgment Fund of the United States Treasury.

3.  Plaintiff's Unopposed Motion for Payment of Filing Fee (Doc. 34) is **DENIED** as moot.

**DONE AND ORDERED** this 12th day of December, 2008.

                    s/*L.A. Collier*
                    **LACEY A. COLLIER**
                    **SENIOR UNITED STATES DISTRICT JUDGE**