IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LISA HYNES,
    Plaintiff,

vs.                                    Case No.:  3:07cv245/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 19, 2008 (Doc. 36).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed, if any.

       Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  Petitioner's Motion for Authorization for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 29) is **GRANTED**.  Petitioner should be awarded attorney's fees in the amount of $13,106.50, to be paid out of the sums withheld by the Commissioner from Plaintiff's past due benefits.

3. Upon receipt of attorney's fees in the amount of $13,106.50 pursuant to 42 U.S.C. § 406(b), Petitioner shall immediately refund to Plaintiff any fee awarded under the EAJA.

**DONE AND ORDERED** this 9th day of January, 2009.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**